The defendants' "Motion for Expedited Appeal" from the Superior Court in Hartford County is granted by the court.

*Norman Zolot,* in support of the motion.

Submitted May 15—decided June 6, 1978

FLORENCE G. WEBER *v.* GUSTAF T. APPELBERG ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County is granted by the court.

*Jeffrey W. Reinen,* for the appellee (plaintiff).

No appearance for the appellants (defendants).

Argued June 6—decided June 6, 1978

ANITA S. CALIG *v.* CAROLYN S. C. SCHRANK ET AL., COEXECUTORS (ESTATE OF LEONARD D. SCHRANK)

The defendants' motion to dismiss the appeal from the Superior Court in Fairfield County is dismissed by the court.

*Norman Cohen,* for the appellant (plaintiff).

No appearance for the appellees (defendants).

Argued June 6—decided June 6, 1978

ANTHONY RACANIELLO *v.* WILLIAM SABIA

The plaintiff's motion to dismiss the appeal from the Court of Common Pleas in Fairfield County at Stamford is granted by the court.

No appearance for either party.

Decided June 6, 1978